# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    -vs-                               **Case No. 04-CR-68**

REKANO D. DAVIS,

        Defendant.

## DECISION AND ORDER

Defendant Rekano Davis (Davis) motions the Court to reduce his sentence pursuant to Amendment 782 of the United States Sentencing Guidelines. 18 U.S.C. § 3582(c) allows the Court to reduce a defendant's sentence if (1) the U.S. Sentencing Commission (Commission) has lowered the applicable guideline range, and (2) the reduction is consistent with applicable policy statements issued by the Commission.

Davis was convicted of bank fraud in this case. Because Amendment 782 lowered the penalty only for drug offenses, it is inapplicable to Davis' conviction and would not have affected the guideline range for his sentence. Accordingly, Davis' motion must be denied.

**IT IS HEREBY ORDERED THAT:**

Davis' motion to reduce sentence – USSC amendment (ECF No. 216) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of April, 2015.

**BY THE COURT:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**